| | |
|---|---|
| 1 | McGREGOR W. SCOTT |
|   | United States Attorney |
| 2 | GARY M. LEUIS |
|   | Special Assistant United States Attorney |
| 3 | 2500 Tulare Street, Suite 4401 |
|   | Fresno, California 93721 |
| 4 | Telephone: (559) 497-4000 |
| 5 | |
| 6 | Attorneys for Plaintiff |
|   | United States of America |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:18-po-00299-SAB |
|---|---|
| Plaintiff, | |
| vs. | **STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER** |
| ALBERTO DELEON JR., | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, Special Assistant United States Attorney Gary M. Leuis, counsel for the plaintiff the UNITED STATES OF AMERICA, and Attorney Karen L. Lynch, counsel for ALBERT DELEON JR., that the Court continue the February 7 status conference to March 21 at 10 a.m.

There are outstanding interview requests to witnesses for information on what was observed and heard. Until there is more factual development, the parties cannot proceed.

///

///

///

///

///

///

Accordingly, the parties request additional time to further investigate the case in hopes of reaching a resolution.

Respectfully submitted,

        McGREGOR W. SCOTT
        United States Attorney

Date: February 4, 2019        */s/ Gary M. Leuis*
        GARY M. LEUIS
        Special Assistant United States Attorney
        Attorney for Plaintiff

        KAREN L. LYNCH, INC.

Date: February 4, 2019        */s/ Karen L. Lynch*
        KAREN L. LYNCH
        Attorney for Defendant
        ALBERTO DELEON JR.

**O R D E R**

The Court accepts the above stipulation and adopts its terms as the order of this Court. Accordingly, the February 7 status conference set in Case No. 1:18-po-00299-SAB is hereby continued to March 21, 2019 at 10 a.m.

IT IS SO ORDERED.

Dated: **February 5, 2019**

        UNITED STATES MAGISTRATE JUDGE