| | |
|---|---|
| 1 | McGREGOR W. SCOTT<br>United States Attorney |
| 2 | GARY M. LEUIS<br>Special Assistant United States Attorney |
| 3 | MISDEMEANOR UNIT<br>2500 Tulare Street, Suite 4401 |
| 4 | Fresno, California 93721<br>Telephone: (559) 497-4000 |

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALBERT DELEON JR.<br><br>Defendant. | Case No. 1:18-po-00299-SAB<br><br>[Citation #6044798]<br><br>MOTION AND ORDER FOR DISMISSAL |

The United States of America, by and through McGregor W. Scott, United States Attorney, and Gary M. Leuis, Special Assistant United States Attorney, hereby moves to dismiss Case No. 1:18-po-00299-SAB [Citation #6044798] against ALBERT DELEON JR., without prejudice, in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

DATED: March 19, 2019

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

By: /s/ Gary M. Leuis
GARY M. LEUIS
Special Assistant United States Attorney

1

**O R D E R**

IT IS HEREBY ORDERED that Case Number 1:18-po-00299-SAB [Citation #6044798] against ALBERT DELEON JR. be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated:   **March 19, 2019**

UNITED STATES MAGISTRATE JUDGE